UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2024A26921) |
| Jimmy Garces, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant resides in Cameron County, Texas, and may be served with process at 6580 Vista Jardin Circle, Brownsville, Texas 78521.

3. *The Debt.* The debt owed to the United States arose through a promissory note from the U.S. Small Business Administration which was lost, thus Plaintiff files with this complaint a Lost Instrument ("Note") Affidavit, see Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B was:

    | | | | |
    |---|---|---|---:|
    | A. | Current principal | $ | 7,244.51 |
    | B. | Interest (capitalized and accrued) | $ | 88.49 |
    | C. | Administrative fees, costs, penalties<br>(Including $405.00 Filing fee) | $ | 3,050.93 |
    | D. | Balance due | $ | 10,383.93 |

    E. Prejudgment interest accrues at 1.93% per annum being $0.38 per day.

F. The current principal in paragraph 3 A is after credits of $1,985.00.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

   A. The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

   B. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff